374 A.2d 719

Goehring v. Harleysville Mutual Casualty Company, Appellant, et al.

Argued April 14, 1977. David L. Gropp, with him Baldwin and Gropp, for appellant; Daniel P. Stefko, with him Dickie, McCamey & Chilcote, for appellees.

Order affirmed.

VAN der VOORT, J., absent.